UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Dashod Reed,<br><br>            Plaintiff,<br><br>    v.<br><br>Julie Williams,<br><br>            Defendant. | Case No. 2:23-cv-00858-CDS-EJY<br><br>**ORDER** |

On June 1, 2023, Plaintiff submitted an application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1. Unfortunately, Plaintiff failed to sign, date, and include his prisoner number on the Acknowledgment on page 3 of the IFP application (*see* ECF No. 1 at 3), which is required in order for his application to be complete under Local Special Rule 2-1. The Court attached page 3 at Exhibit 1 to this Order so that Plaintiff may locate the lines on which the date, his signature, and prisoner number are missing. Plaintiff **must complete page 3 of his application and refile the same on or before July 21, 2023**.

Accordingly, IT IS HEREBY ORDERED that on or before **July 21, 2023**, Plaintiff must either pay the $402 filing fee for a civil action or refile a **completed page 3 of his IFP application as required**.

IT IS FURTHER ORDERED that failure to either pay the $402 filing fee or refile page 3 of his IFP application on or before **July 21, 2023**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

DATED this 22nd day of June, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT 1

## ACKNOWLEDGMENT

I, the undersigned, acknowledge that I have read the foregoing and that the information contained therein is true and correct to my own knowledge and belief.

Further, I state that I have not directly or indirectly paid or caused to be paid to any inmate, agent of an inmate, or family member of any inmate a sum of money, favors or anything else for assistance in the preparation of this document or any other document in connection with this action.

Further, I acknowledge that if any of the information included in this motion for leave to proceed *in forma pauperis* is false or misleading, I understand that sanctions may be imposed against me. Those sanctions may include, but are not limited to, the following:

(1) dismissal of my case with prejudice;
(2) imposition of monetary sanctions;
(3) the Nevada Department of Prisons may bring disciplinary proceedings for a violation of MJ-48 of the Code of Penal Discipline, which can include all sanctions authorized under the Code including the loss of good time credits and punitive confinement; and
(4) perjury charges.

Further, I hereby authorize the United States District Court, District of Nevada, or its representative, to investigate my financial status, and authorize any individual, corporation, or governmental entity to release any such information to the said Court or its representative.

Further, I acknowledge and consent that a portion of any recovery, as directed by the court, shall be paid to the clerk for reimbursement of all fees and costs incurred by me as a result of being granted leave to proceed *in forma pauperis*.

Dated this _____ day of _____, 20__23__

(Signature of Applicant)

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Signed at _____

(Location)

(Signature)

(Date)

(Inmate Prison Number)

3